**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13125

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

FREDI AGUSTIN-VASQUEZ GUARDADO,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:25-cr-00018-WWB-LLL-1

_____

Before JILL PRYOR, ABUDU, AND ANDERSON, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Fredi Agustin-Vasquez Y Guardado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a

2                    Opinion of the Court                    25-13125

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Agustin-Vasquez's conviction and sentence are **AFFIRMED.**